UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.*<br>Matthew MacDowell<br>4946 Sheridan Ave. South<br>Minneapolis, MN 55410<br><br>            Plaintiffs,<br><br>vs.<br><br>A&T MARKETING, INC., APRISA TECHNOLOGY LLC, CAPITOL SUPPLY, INC., CDW GOVERNMENT LLC, DELL MARKETING L.P., ELLISON SYSTEMS, INC., EN POINTE GOV, INC., GOV CONNECTION, INC., GTSI CORP., INSIGHT PUBLIC SECTOR, INC., KPAUL PROPERTIES, LLC, NEW TECH SOLUTIONS, INC., OFFICEMAX INCORPORATED, PC MALL GOV, INC., SYNNEX CORPORATION, UNISTAR-SPARCO COMPUTERS, INC. and WECSYS LLC<br><br>            Defendants. | Civil No. 1:12-cv-01448(ABJ)<br><br>NOTICE OF DISMISSAL OF CDW GOVERNMENT LLC ONLY<br><br><br>**[FILED UNDER SEAL Pursuant to 31 U.S.C. §§ 3730 (b)(2)]** |

## NOTICE OF DISMISSAL OF CDW GOVERNMENT LLC ONLY

The *qui tam* plaintiff, Matthew MacDowell, pursuant to Rule 41(a)(1) of the Federal

Rules of Civil Procedure, and before service of the complaint upon the defendants and any

///

///

1

response thereto, hereby dismisses this action without prejudice as to only CDW Government LLC.  This dismissal without prejudice is made with the consent of the United States.

Dated:  April 15, 2013　　　　　　　　　Respectfully submitted,

*/s/ Dennis J. Whelan*

Dennis J. Whelan III   (DC Bar #451658)
2222 Monument Ave.
Richmond, VA 23220
djw@djwlegal.com
ph - (804) 359-4123  fax - (804) 359-4124
(Local Designated Counsel)


Donald R. Warren        (CA Bar  138933)
WARREN ■ BENSON Law Group
7825 Fay Ave, Ste 200
La Jolla, CA 92037
Tel: 858-454-2877
Fax: 858-454-5878
donwarren@warrenbensonlaw.com

Attorneys for Qui Tam Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been furnished to the following via electronic mail on April 15, 2013:

Kimberly Friday  
U.S. Department of Justice, Civil Division  
601 D Street NW  
Room 9532  
Washington, D.C. 20004  

Darrel Valdez, AUSA  
U.S. Attorney Office  
555 Fourth Street NW  
Washington, D.C. 20530  

                                                                */s/ Donald R. Warren*  
                                                                 Donald R. Warren