UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel.<br>[FILED UNDER SEAL]<br><br>       Plaintiffs,<br><br>v.<br><br>[FILED UNDER SEAL]<br><br>       Defendants. | Civil No.   1:12-cv-01448<br><br>[FILED UNDER SEAL<br>Pursuant to 31 U.S.C. §§ 3730) (b)(2)] |

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS PURSUANT TO F.R.CP. 41(a)(1)(A)(i); UNITED STATES' CONSENT**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ex rel. **MATTHEW MACDOWELL** 4946 Sheridan Ave. South Minneapolis, MN 55410<br><br>Plaintiffs,<br><br>v.<br><br>**A&T MARKETING IN., APRISA TECHNOLOGY LLC, CAPITOL SUPPLY, INC., DELL MARKETING L.P., ELLISON SYSTEMS, INC., EN POINTE GOV, INC., GOV CONNECTION, INC., GTSI CORP., INSIGHT PUBLIC SECTOR, INC., KPAUL PROPERTIES, LLC, NEW TECH SOLUTIONS, INC., OFFICE MAX INCORPORATED, PC MALL GOV, INC., SYNNEX CORPORATION, UNISTAR-SPARCO COMPUTERS, INC., WECSYS LLS and JAV, INC.**<br><br>Defendants. | Civil No.   1:12-cv-01448<br><br>[FILED UNDER SEAL Pursuant to 31 U.S.C. §§ 3730) (b)(2)] |

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS PURSUANT TO F.R.CP. 41(a)(1)(A)(i); UNITED STATES' CONSENT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Relator Matthew MacDowell hereby gives notice that he voluntarily dismiss his claims without prejudice as to the following defendants:

- AT&T Marketing, Inc.
- Aprisa Technology LLC
- Capitol Supply, Inc.
- Dell Marketing L.P.
- Ellison Systems, Inc.

1

- En Pointe Gov, Inc.
- Gov Connection, Inc.
- GTSI Corp.
- Insight Public Sector, Inc.
- KPaul Properties, LLC
- New Tech Solutions, Inc.
- Office Max Incorporated
- PC Mall Gov, Inc.
- Wecsys LLC
- JAV, INC.

Relator does NOT dismiss his claims against Synnex Corporation.

Dated: December 13, 2018           Respectfully submitted,

**COTCHETT, PITRE & McCARTHY, LLP**

By: _____
ERIC J. BUESCHER

*Attorneys for Qui Tam Plaintiff*

///

///

///

///

///

///

///

///

## CONSENT OF THE UNITED STATES OF AMERICA

In the interests of justice, the United States of America ("United States"), through its undersigned counsel, hereby consents to the dismissal of claims against the Defendants listed above, without prejudice as to the United States.

Respectfully submitted,

Dated: December 13 2018        **UNITED STATES ATTORNEY'S OFFICE**

By: /s/ Darrell C. Valdez
DARRELL VALDEZ
*Assistant United States Attorney*

## PROOF OF SERVICE

I am employed in the County of San Mateo. I am over the age of 18 years and not a party to this action. My business address is the Law Offices of Cotchett, Pitre & McCarthy, LLP, San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, California, 94010. On this day, I served the following document(s) in the manner described below:

1. **NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS PURSUANT TO F.R.CP. 41(a)(1)(A)(i); UNITED STATES' CONSENT**

✓ **VIA MAIL:** I am readily familiar with this firm's practice for causing documents to be served by first class mail. Following that practice, I caused the sealed envelope containing the aforementioned document(s) to be delivered via first class mail to the addressee(s) specified below.

✓ **VIA E-MAIL:** My e mail address is cbarbosa@cpmlegal.com. I am readily familiar with this firm's practice for causing documents to be served by e-mail. Following that practice, I caused the aforementioned document(s) to be emailed to the addressee(s) specified below.

**[SEE SERVICE LIST BELOW]]**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed at Burlingame, California, on December 14, 2018

_____
CINDY BARBOSA

## SERVICE LIST

| | |
|---|---|
| Vildan Teske<br>Teske, Katz, Kitzer & Rochel, PLLP<br>222 South Ninth Street, Suite 4050<br>Minneapolis, MN 55402<br>teske@tkkrlaw.com | **CO-COUNSEL FOR PLAINTIFF MATTHEW MACDOWELL** |
| Darrell Valdez<br>Assistant United States Attorney<br>United States Attorney Office<br>Judiciary Center Bldg.<br>555 Fourth St. NW<br>Washington, D.C. 20530<br>darrell.valdez@usdoj.gov | **COUNSEL FOR THE UNITED STATES OF AMERICA** |