1  JUSTIN T. BERGER (SBN 250346)
   jberger@cpmlegal.com
2  ERIC J. BUESCHER (SBN 271323)
   ebuescher@cpmlegal.com
3  EMANUEL B. TOWNSEND (SBN 305373)
   etownsend@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
5  840 Malcolm Road
   Burlingame, CA 94010
6  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
7
   *Attorneys for Relator Matthew MacDowell*
8
                     **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                              **OAKLAND DIVISION**
11

| UNITED STATES *ex rel.* MATTHEW MacDOWELL,<br><br>Plaintiffs,<br><br>v.<br><br>SYNNEX CORPORATION,<br><br>Defendant. | CASE NO. 19-cv-00173-KAW<br><br>**RELATOR MATTHEW MacDOWELL'S ADMINISTRATIVE MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND FOR LEAVE TO AMEND** |
|---|---|

Pursuant to Local Rule 7-11, Relator Matthew MacDowell hereby moves to continue the Case Management Conference and for leave to file a Third Amended Complaint.

## I. Introduction

This False Claims Act case was filed in the U.S. District Court for the District of Columbia against eighteen defendants. The government declined to intervene, and Relator elected to move forward with the non-intervened case against only Synnex Corporation. Dismissals were entered as to the remaining defendants and the case was transferred to the Northern District of California. The United States then filed a request to unseal the complaint so that Relator could prosecute the non-intervened claim against Synnex.

Relator seeks leave to file a Third Amended Complaint, and to continue the Case Management Conference. Relator is serving this Administrative Motion, as well as copies of the prior complaints, summons, and government's declination notice with respect to Synnex on Synnex's registered agent.

## II. Background

This case was initially filed under seal in 2012 against Synnex and seventeen other entities that contracted with and sold goods to the United States through the General Services Administration. The complaint alleged each defendant violated the False Claims Act by falsely asserting products it sold under GSA contracts complied with the Trade Agreements Act, 19 U.S.C. §§ 2501 *et seq.* The Trade Agreements Act requires all products sold to the United States be manufactured in certain designated countries. The products Synnex sells to the government are not.

In February 2014, Relator amended the complaint under seal. Dkt. No. 15. In January 2017, Relator filed a stipulated motion to file a Second Amended Complaint under seal, which was granted by the Court. Dkt. Nos. 40, 42, 44.

Between October 2012 and October 2017, the district court found good cause existed to warrant extending the seal on nineteen occasions while the United States conducted its investigation. *See* Dkt. Nos. 4, 10, 12, 14, 17, 19, 21, 23, 25, 27, 29, 31, 35, 37, 39, 43, 45, 49, and, 52. In December 2018, undersigned counsel entered an appearance. Relator filed dismissals as to fifteen of

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**RELATOR MATTHEW MacDOWELL'S ADMINISTRATIVE MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND FOR LEAVE TO AMEND**     1

the sixteen remaining defendants—all except Synnex—and submitted a stipulated motion (with the United States) to transfer the litigation to this district. Dkt. Nos. 54, 55, 56.

Upon transfer to this court, the United States sought an order unsealing the litigation, which was granted on February 25, 2019, and an initial case management conference was set for April 23, 2019.

### III. Leave to Amend

A complaint may be amended "once as a matter of course." F.R.C.P. 15(a)(1). Subsequent amendments require consent of the opposing party or leave of court. *See* F.R.C.P. 15(a)(2). The court "should freely give leave when justice so requires." *Id.*

Relator Matthew MacDowell requests leave to file the Proposed Third Amended Complaint, which is attached to the Declaration of Eric J. Buescher as Exhibit 1. The proposed Third Amended Complaint makes two sets of changes from the prior complaints in this case. First, it removes allegations against the now dismissed defendants to eliminate needless pleading and streamline the relevant factual pleadings. Second, it adds allegations specific to Synnex's dealings with the government and the origins of Synnex's products. Leave should be granted for two reasons.

First, there has been no responsive pleading filed in the litigation. The case was sealed until the end of February and Synnex has not yet been served.[1] As a result, there is no prejudice to Synnex in Relator amending the complaint. Additionally, Relator's trial counsel was not involved in this matter until last winter, meaning this is the first complaint prepared with counsel who will be ultimately responsible for the litigation moving forward.

Second, eliminating allegations about other defendants will focus the litigation. Removing now extraneous allegations eliminates potential confusion and focuses the parties' discovery, factual allegations, and legal arguments on issues truly relevant to adjudicating Synnex's conduct. The Third Amended Complaint focuses the allegations and allowing leave to amend will promote efficiency.

### IV. The Case Management Conference

---

[1] Because Synnex has not been served Relator has not obtained consent from counsel or a stipulation to amend.

**RELATOR MATTHEW MacDOWELL'S ADMINISTRATIVE MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND FOR LEAVE TO AMEND**   2

Relator requests the Court continue the Case Management Conference to June 4, 2019. Synnex will be served promptly, and their deadline to respond to the operative complaint will be sometime before May 10, 2019. A June 4, 2019 conference would provide adequate time for Relator and Synnex to meet and confer as required by the rules and to submit a joint statement to the court.

## V. CONCLUSION

For the forgoing reason, Relator respectfully requests that this Court grant leave to file the Third Amended Complaint and to continue the Case Management Conference to June 4, 2019.

Dated: April 12, 2019   **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Eric J. Buescher*
JUSTIN T. BERGER
ERIC J. BUESCHER
EMANUEL B. TOWNSEND

**TESKE, KATZ, KITZER & ROCHEL, PLLP**
VILDAN TESKE
MARISA KATZ

*Attorneys for Relator Matthew MacDowell*

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

**RELATOR MATTHEW MacDOWELL'S ADMINISTRATIVE MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND FOR LEAVE TO AMEND**   3